The clerk of the court
148 Church Street
New Haven, CT
06510

Fook Yong Tan a.k.a Steven Tan
213 West Town Street #C-14
Norwich, CT
06360

FILED

2008 MAR 26  A 9: 48

U.S. DISTRICT COURT
NEW HAVEN, CT

Docket No: 3:02-mj-164(PCD), Steven Fook # A8207691
Country: Malaysia receipt # 1212- New Haven

March 21, 2008

RE: Request return passport

To whom it may concern,

I surrendered my passport to the court in December 2002 as part of a condition of pre-trial release. I was release from Federal prison in July 13, 2007. I would like to request to The clerk of the court to return my passport to me. Thank You.

Sincerely,

Steven Fook